UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 08-31380-DHW
                                         Chapter 13
ROBERT STEVEN SHELTON
114 FLEETWOOD RD
PRATTVILLE AL  36067

Soc. Sec. No.  XXX-XX-3751

        Debtor.


INCOME WITHHOLDING ORDER

TO:  KOCH FOODS OF ALABAMA LLC
     ATTN PAYROLL
     1300 W HIGGINS RD STE 100
     PARK RIDGE IL  60068

    The debtor subjected all of his income, including future earnings and wages, to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

    ORDERED that KOCH FOODS OF ALABAMA LLC withhold from the wages, earnings, or other income of this debtor the sum of $60.00 weekly and remit all such funds withheld to:

        CHAPTER 13 TRUSTEE
        08-31380 ROBERT STEVEN SHELTON
        P O BOX 830529
        BIRMINGHAM AL  35283

    The wages, earnings, or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

    This Order continues in force and effect until further Order of this Court.

    Done this 29th day of August, 2008.

                                /S/ DWIGHT H WILLIAMS JR
                                DWIGHT H WILLIAMS JR
                                United States Bankruptcy Judge

cc: Debtor
    Debtor's Attorney


ROBERT STEVEN SHELTON
114 FLEETWOOD RD
PRATTVILLE AL  36067